Jacky P. Wang (SBN 222464)
jwang@sandersroberts.com
Jason S. Ziven (SBN 274179)
jziven@sandersroberts.com
**SANDERS ROBERTS LLP**
1055 West 7th Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 426-5000
Facsimile: (213) 234-4581

Attorneys for Defendants
**FORD   MOTOR   COMPANY   AND
SOUTH BAY FORD INC.**


Christopher Michael Lovasz (SBN 303120)
clovasz@lemonauto.com
Charles J. Lee (SBN 266753)
clee@lemonauto.com
**CONSUMER LEGAL SERVIES, P.C.**
2330 Long Beach Boulevard
Long Beach, CA 90806
Telephone: (562) 424-3293
Facsimile: (562) 595-1849

Attorneys for Plaintiff
**CYNTHIA CUEVAS**

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CYNTHIA CUEVAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; SOUTH BAY FORD, INC., a California Corporation,<br><br>Defendants. | **Case No.   2:23-cv-10458 JFW (MARx)**<br><br>**ORDER DISMISSING ACTION**<br><br>Judge:      Hon. John F. Walter<br>Ctrm.:      7A<br><br>Sup. Ct.<br>Complaint Filed:   November 1, 2023<br>Trial Date:      None Set |

1    Pursuant to the stipulation of the parties under Rule 41(a)(1)(A)(ii) of the

2  Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED THAT THIS**

3  **ACTION** (*Cuevas v. Ford Motor Company, et al.*, Case No. 2:23-cv-10458-JFW-

4  MAR) **BE, AND HEREBY IS**, Dismissed with Prejudice as to all causes of action

5  asserted in the Complaint with all parties bearing their own attorneys' fees and costs.

6    Accordingly, all dates identified in the Court's Scheduling and Case

7  Management Ordered entered on January 10, 2024 (Dkt. No. 16) are hereby

8  **VACATED** and removed from calendar.

9    **IT IS SO ORDERED**.

10

11  Dated: _____    _____

12                                      Honorable John F. Walter
                                        United States District Judge
13



SANDERS
ROBERTS
1055 W. 7TH STREET
SUITE 3200
LOS ANGELES, CA 90017

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

[FRCP 5(B)]

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and am not a party to the within action; my business address is 1055 West 7th Street, Los Angeles, CA 90017.  My electronic service address is jwang@sandersroberts.com.

On April 15, 2024, I served the following document(s) described as **ORDER DISMISSING ACTION** on the interested parties in this action as follows:

☐  **By Mail:**  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐  **By Personal Service:**  I caused to have delivered such document(s) by hand to the office(s) of the addressee(s).

☐  **By Overnight Delivery**:  I caused such envelope to be picked up by Federal Express at the firm's address listed above.  Such envelope was marked "Overnight Delivery" and had a prepaid, addressed slip.

☐  **By Facsimile:**  I caused to be delivered such document by facsimile and envelopes via U.S. Mail to the offices of the addressee(s).

☒  **By Electronic Mail:**  I caused the documents to be transmitted by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) shown.  I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission(s) were unsuccessful.

I declare that I am employed in the office of a member of the bar of the court at whose direction the service was made.

Executed on April 15, 2024, at Los Angeles, California.

*/s/ Jacky P. Wang*
Jacky P. Wang

SANDERS
ROBERTS
1055 W. 7TH STREET
SUITE 3200
LOS ANGELES, CA 90017

## SERVICE LIST

*Cynthia Cuevas vs. Ford Motor Company, et al.*

U.S.D.C. Case No.: 2:23-cv-10458 JFW (MARx)

Christopher Michael Lovasz
Charles J. Lee
**CONSUMER LEGAL SERVIES, P.C.**
2330 Long Beach Boulevard
Long Beach, CA 90806
Telephone: (562) 424-3293
Facsimile: (562) 595-1849
Email: clovasz@lemonauto.com
Email: clee@lemonauto.com
Email: bmontes@lemonauto.com

Attorneys for Plaintiff
**CYNTHIA CUEVAS**